UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Mildred Thompson                    : Chapter 13

        Debtor                    : Bky No. 23-12810 AMC

**AMENDED NOTICE OF HEARING TO CONSIDER OBJECTION TO
PROOF OF CLAIM OF NewRez, LLC d/b/a
Shellpoint Mortgage Servicing CLAIM  #5**

To: NewRez, LLC d/b/a/ Shellpoint Mortgage Servicing

**The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M Chan on 04/03/24 at 11:00 a.m. in Courtroom #4, United States Bankruptcy Court, Philadelphia at 900 Market Street.  If you or your attorney do not attend the hearing on the objection by phone, the court may decide that you do not oppose the objection to your claim.

Date: April 1, 2024

                                            s/Lawrence S.  Rubin, Esquire
                                            Lawrence S. Rubin, Esquire
                                            Attorney for Debtor
                                            Lrubin@pennlawyer.com
                                            337 West State Street
                                            Media, PA 19063
                                            Phone No: (610) 565-6660

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com