IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| In Re: <br><br> MILDRED THOMPSON, <br>    Debtor, | Bankruptcy No. 23-12810-amc <br><br> Chapter 13 |
| REAL TIME RESOLUTIONS, INC. AS AGENT FOR NATIONAL BEAR HILL TRUST, <br>    Movant, <br><br> v. <br><br> MILDRED THOMPSON, and <br> KENNETH E. WEST, Trustee, <br><br>    Respondents. | Related Doc: 21 |

**PRAECIPE TO WITHDRAW MOVANT'S OBJECTON TO CONFIRMATION OF PLAN**

TO THE CLERK OF COURTS:

　　Kindly withdraw the *Movant's Objection to Confirmation of Plan* filed on behalf of Real Time Resolutions, Inc. as Agent for National Bear Hill Trust on December 1, 2023, at Document No. 21 as amended plan filed April 29, 2024 satisfies Movant's objection.

Dated: June 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. # 91298
　　　　　　　　　　　　　　　　　　　　　　　kebeck@bernsteinlaw.com
　　　　　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　412-456-8112
　　　　　　　　　　　　　　　　　　　　　　　Fax: 412-456-8135